UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

                - against -

BRIAN WONG,

                          Defendant.
-------------------------------------------------------x

**RESCHEDULING ORDER**

22-cr-395 (ER)

The sentencing previously scheduled for February 16, 2023, is hereby **rescheduled for March 10, 2023 at 10:00 p.m.**

    SO ORDERED.

Dated:  New York, New York
         December 12, 2022

                                                    Edgardo Ramos, U.S.D.J.